FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 2 2 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER E. BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. CV-05-0061-AAM<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that this case be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative Law Judge (ALJ) will be directed to further consider the opinion evidence of record regarding the claimant's impairments; reconsider and properly address medical source opinions, particularly those offered by Majil A. Fausel, M.A., CCMHC, Averly Nelson, M.D., Mark Mays, Ph.D, J.D., James N. Butcher, Ph.D, Theodore Millon, Ph.D., Michael Brown, Ph.D., James F. Bailey, Ph.D., Robert Rich, Ph.D., G.W. Bagby, M.D., Frank Cruz, M.D., James D. Perry, M.D., John Rodgers, M.D.; and physical therapists Mary Jo Jeffrey and Joel

Armstrong, in accordance with Social Security Rulings and regulations. The ALJ will be directed to reassess the severity of the claimant's mental and physical impairments. If warranted, the ALJ will be directed to re-evaluate the claimant's residual functional capacity; and, if necessary, to obtain supplemental vocational expert testimony. The ALJ will be directed to take any further action necessary to render a new decision in this matter.

The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this ___ day of _____, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

s/ TERRYE E. SHEA
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 M/S 901
Seattle WA 98104-7075
 Telephone (206) 615-2143
 FAX (206) 615-2531
terrye.shea@ssa.gov